

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2019

No. 04-19-00750-CV

**IN RE** George **WEIMER**; Bob Roberts, Jr.; James Hughes; Dustin Navarro; Jose Perez; Morris Salzman; Gordon Hitzfelder; Brian Sullivan; and Bonnie Tapp

Original Mandamus Proceeding[1]

**ORDER**

On October 24, 2019, relators filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 13, 2019.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2019.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. CV-13-0000351, styled *Bandera County River Authority and Groundwater District v. Bexar-Medina-Atascosa Counties Water Control and Improvement District No. 1; et al.*, pending in the 198th Judicial District Court, Bandera County, Texas, the Honorable M. Rex Emerson presiding.